**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

ARMANDO HERNANDEZ FLORES,

        Plaintiff,

    v.

EVA AIRWAYS CORPORATION,
d/b/a EVA AIR CARGO; and WORLDWIDE
FLIGHT SERVICES, INC.,

        Defendants.

Case No.: 1:22-cv-1693

## <u>DECLARATION OF CHRISTIAN T. JOHNSON</u>

I, Christian T. Johnson, declare and state as follows:

1.     I am a senior associate in the law firm of Clyde & Co US LLP, counsel for EVA Airways Corporation (hereinafter "EVA") in the above-captioned matter.

2.     I have personal knowledge of the facts contained in this declaration. I can competently testify to these facts if called as a witness in these proceedings.

3.     This Declaration is submitted in support of EVA's Notice of Removal, which is filed concurrently herewith.

4.     Attached hereto as Exhibit A is a true and correct copy of the Complaint at Law (hereinafter "Complaint") plaintiff Armando Hernandez Flores (hereinafter "plaintiff") filed on March 1, 2022, in the Circuit Court of Cook County, Illinois, in litigation styled as *Armando Hernandez Flores v. EVA Airways Corporation, et al.*, Case No. 2022L002020 (hereinafter "State Court Action").

5.     Attached hereto as Exhibit B is a true and correct copy of a service of process form evidencing that, on March 4, 2022, EVA was served with a copy of the summons and Complaint

through its registered agent for service of process, CT Corporation.

6.     Attached hereto as Exhibit C are all other process, pleadings and orders filed in the State Court Action on the date and time that this Declaration was filed with the Court, including the following: the summons for EVA, the summons for Worldwide Flight Services, Inc. and the Cook County Circuit Court's electronic docket sheet.

7.     On March 11, 2022, I participated in a telephone conference with counsel for plaintiff, Florina Bandula, Esq. (hereinafter "Conference").  During the Conference, I requested that Ms. Bandula advise me by email correspondence whether: (1) plaintiff is domiciled in Illinois; and (2) the amount in controversy in this action exceeds $75,000, exclusive of interest and costs.

8.     On the same date, Ms. Bandula sent me email correspondence (hereinafter "Email") stating, in pertinent part, as follows: "[y]es, our client is domiciled in Cicero, Illinois.  As to the amount in controversy, please be advised that as a result of the incident Mr. Flores injured his left wrist and shoulder and surgery has been recommended for both his wrist and shoulder.  Therefore, the amount in controversy is in excess of $75,000, exclusive of interest and costs."  Attached hereto as Exhibit D is a true and correct copy of the Email.

9.     Attached hereto as Exhibit E is a true and correct copy of selected portions of EVA's Annual Report for 2020.

10.     Attached hereto as Exhibit F is a true and correct copy of a document pertaining to the citizenship of defendant Worldwide Flight Services, Inc., which was obtained from a website maintained by the New York Department of State, Division of Corporations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Signed on the 31th day of March, 2022, at Lake Oswego, Oregon.

_/s/ Christian T. Johnson_

CHRISTIAN T. JOHNSON

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 31, 2022, a copy of the foregoing was sent

by electronic mail using the CM/ECF system, which will send notification of such filing to:

Florina Bandula
180 N. LaSalle St., Suite 3650
Chicago, Illinois 60601
P: (312) 229-5555
F: (312) 229-5556
Email: florinab@mdr-law.com

/s/ *William C. Swallow*
William C. Swallow, Esq. #6293910
CLYDE & CO US LLP
55 West Monroe, Suite 3000
Chicago, Illinois 60603
T: (312) 635-7000
F: (312) 635-6950
E: bill.swallow@clydeco.us
*Attorney for Defendant*
*EVA Airways Corporation*

# EXHIBIT A

FILED
3/1/2022 12:28 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
16895579

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

|  |  |
|---|---|
| ARMANDO HERNANDEZ FLORES, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| EVA AIRWAYS CORPORATION, | ) |
| d/b/a EVA AIR CARGO; and | ) |
| WORLDWIDE | ) |
| FLIGHT SERVICES, INC., | ) |
| | ) |
| | ) |
| | ) |
| *Defendants.* | ) |

Court No.: **2022L002020**

Hearing Date: 5/4/2022 9:30 AM

## COMPLAINT AT LAW

NOW COMES the Plaintiff, ARMANDO HERNANDEZ FLORES, by and through his attorneys, MDR LAW LLC, and complaining of the Defendants, EVA AIRWAYS CORPORATION, d/b/a EVA AIR CARGO, and WORLDWIDE FLIGHT SERVICES, INC., states as follows:

## COUNT I

## NEGLIGENCE AGAINST EVA AIRWAYS CORPORATION
## d/b/a EVA AIR CARGO

1.      On and prior to October 18, 2021, Defendant, EVA AIRWAYS CORPORATION d/b/a EVA AIR CARGO ("EVA AIR CARGO"), a foreign Corporation, was registered to do business in Illinois and was in the business of providing cargo handling services, including but not limited to supplying, distributing, shipping, transporting, and loading cargo and other shipments.

2.      On and prior to October 18, 2021, Defendant, EVA AIR CARGO, had several warehouses throughout the Chicagoland area.

1

3.      That on and prior to October 18, 2021, the Defendant's cargo and other shipments were supplied, distributed, shipped, and transported in pallets that would be loaded in semi-trucks driven to different distribution locations.

4.      That on and prior to October 18, 2021, Plaintiff, ARMANDO HERNANDEZ FLORES, was employed as a truck driver for R&M Trucking Co. in Franklin Park, Cook County, Illinois.

5.      That on or about October 18, 2021, Plaintiff, ARMANDO HERNANDEZ FLORES, was assigned to go to one of Defendant, EVA AIR CARGO's loading docks located at 11301 Irving Park Road in Franklin Park, Cook County, Illinois to take delivery of cargo supplied and/or distributed by Defendant, EVA AIR CARGO.

6.      That on or about October 18, 2021, Plaintiff was assigned to deliver cargo from Defendant, EVA AIR CARGO's loading dock in Franklin Park to a facility in Roselle, Illinois.

7.       At all relevant times, Defendant, EVA AIR CARGO, individually, and by and though its agents, servants, and/or employees, had a duty to exercise ordinary care in the loading and securing of the cargo in the semi-trailer such that the cargo could be safely transported.

8.      That on or about October 18, 2021, Plaintiff's semi-trailer was loaded with cargo pallets at Defendant's loading dock.

9.      That on or about October 19, 2021, once loaded, Plaintiff, ARMANDO HERNANDEZ FLORES, took the load and was operating his semi-truck west from Franklin Park driving towards Roselle, Illinois.

2

10. That on or about October 18, 2021, as Plaintiff, ARMANDO HERNANDEZ FLOREZ, was traveling northbound on Supreme Drive and while attempting to make a left turn onto North Thorndale Avenue at a slow speed, the cargo pallets inside the semi-trailer shifted and caused the truck and trailer to overturned onto the right side.

11. Notwithstanding the aforementioned duty of care, Defendant, EVA AIR CARGO, individually, and by and through its agents, servants, and/or employees, breached its duty of care to the Plaintiff, ARMANDO HERNANDEZ FLOREZ, in one or more of the following ways:

    (a)    Failed to properly secure the cargo pallets in the semi-trailer;

    (b)    Failed to use proper equipment to secure the cargo pallets in the semi-trailer;

    (c)    Failed to verify that the net used to secure the cargo pallets in the semi-trailer was in good working condition prior to its use;

    (d)    Failed to provide adequate cables, straps, bracing or other devices to prevent the cargo pallets in the semi-trailer from shifting during transport;

    (e)    Failed to train its employees to properly and safely secure and load cargo onto semi-trailers;

    (f)    Failed to warn the Plaintiff that the cargo pallets in the semi-trailer could move during transport; and/or

    (g)    Failed to properly distribute or balance the weight in the trailer for safe towing.

12. As a direct and proximate result of one or more of the aforementioned negligent acts or omissions on the part of the Defendant, Plaintiff, ARMANDO HERNANDEZ FLOREZ, was then and there caused to be injured when the pallets inside the semi-trailer shifted during transport causing severe, serious, and permanent injuries, both externally and internally, and was, and will be hindered and prevented from attending to his normal and customary duties and affairs; and has lost, and will in the future lose great gains which he otherwise would have

3

acquired. The Plaintiff has suffered great pain and anguish, both in mind and body, and will in the future continue to suffer as a result of his injuries. In addition to the above, the Plaintiff has been caused to expend and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured from his aforementioned injuries.

WHEREFORE, Plaintiff ARMANDO HERNANDEZ FLOREZ, prays for judgment against Defendant, EVA AIRWAYS CORPORATION d/b/a EVA AIR CARGO, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally costs of said suit.

## COUNT II

## NEGLIGENCE AGAINST WORLDWIDE FLIGHT SERVICES, INC.

1.      On and prior to October 18, 2021, Defendant, WORLDWIDE FLIGHT SERVICES, INC. ("WFS"), a foreign Corporation, was registered to do business in Illinois and was in the business of providing cargo handling services, including but not limited to supplying, distributing, shipping, transporting, and loading cargo and other shipments.

2.      On and prior to October 18, 2021, Defendant, WFS, had several warehouses throughout the Chicagoland area.

3.      On and prior to October 18, 2021, Defendant, WFS was contracted by Defendant, EVA AIR CARGO, to supply, distribute, ship, transport, and load cargo and other shipments in semi-trailers driven to different distribution locations.

4.      That on and prior to October 18, 2021, Plaintiff, ARMANDO HERNANDEZ FLORES, was employed as a truck driver for R&M Trucking Co. in Franklin Park, Cook County, Illinois.

4

5.      That on or about October 18, 2021, Plaintiff, ARMANDO HERNANDEZ FLORES, was assigned to go to one of Defendant, EVA AIR CARGO's loading docks located at 11301 Irving Park Road in Franklin Park, Cook County, Illinois to take delivery of cargo pallets.

6.      That on or about October 18, 2021, Plaintiff was assigned to deliver the cargo from Franklin Park to a facility in Roselle, Illinois.

7.      At all relevant times, Defendant, WFS, individually, and by and though its agents, servants, and/or employees, had a duty to exercise ordinary care in the loading and securing of the cargo in the semi-trailer such that the cargo could be safely transported.

8.      That on or about October 18, 2021, Plaintiff's semi-trailer was loaded with cargo pallets at the aforementioned loading dock.

9.      That on or about October 19, 2021, once loaded, Plaintiff, ARMANDO HERNANDEZ FLORES, took the load and was operating his semi-truck west from Franklin Park driving towards Roselle, Illinois.

10.      That on or about October 18, 2021, as Plaintiff, ARMANDO HERNANDEZ FLOREZ, was traveling northbound on Supreme Drive and while attempting to make a left turn onto North Thorndale Avenue at a slow speed, the cargo pallets inside the semi-trailer shifted and caused the truck and trailer to overturned onto the right side.

11.      Notwithstanding the aforementioned duty of care, Defendant, WFS, individually, and by and through its agents, servants, and/or employees, breached its duty of care to the Plaintiff, ARMANDO HERNANDEZ FLOREZ, in one or more of the following ways:

    (a)      Failed to properly secure the cargo pallets in the semi-trailer;

    (b)      Failed to use proper equipment to secure the cargo pallets in the semi-trailer;

5

(c) Failed to verify that the net used to secure the cargo pallets in the semi-trailer was in good working condition prior to its use;

(d) Failed to provide adequate cables, straps, bracing or other devices to prevent the cargo pallets in the semi-trailer from shifting during transport;

(e) Failed to train its employees to properly and safely secure cargo, including cargo pallets, onto semi-trailers;

(f) Failed to warn the Plaintiff that the cargo pallets in the semi-trailer could move during transport; and/or

(g) Failed to properly distribute or balance the weight in the trailer for safe towing.

12. As a direct and proximate result of one or more of the aforementioned negligent acts or omissions on the part of the Defendant, Plaintiff, ARMANDO HERNANDEZ FLOREZ, was then and there caused to be injured when the pallets inside the semi-trailer shifted during transport causing severe, serious, and permanent injuries, both externally and internally, and was, and will be hindered and prevented from attending to his normal and customary duties and affairs; and has lost, and will in the future lose great gains which he otherwise would have acquired. The Plaintiff has suffered great pain and anguish, both in mind and body, and will in the future continue to suffer as a result of his injuries. In addition to the above, the Plaintiff has been caused to expend and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured from his aforementioned injuries.

WHEREFORE, Plaintiff, ARMANDO HERNANDEZ FLOREZ, prays for judgment against Defendant, WORLDWIDE FLIGHT SERVICES, INC. ("WFS"), in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally costs of said suit.

Respectfully submitted,

MDR LAW LLC

By: *Florina Bandula*
_____
One of the Attorneys for Plaintiff

*Atty. No. 41994*
Martin J. Lucas, Esq.
Florina Bandula, Esq.
MDR LAW LLC
180 N. LaSalle St., Suite 3650
Chicago, Illinois 60601
(312) 229-5555 – Telephone
(312) 229-5556 – Facsimile
E: marty@mdr-law.com
E: florina@mdr-law.com

7

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
3/1/2022 12:28 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

16895579

ARMANDO HERNANDEZ FLORES,      )
                               )
        *Plaintiff,*           )
                               )
        v.                     )       2022L002020
                               )       Court No.:
EVA AIRWAYS CORPORATION,       )
d/b/a EVA AIR CARGO; and       )       Hearing Date: 5/4/2022 9:30 AM
WORLDWIDE                      )
FLIGHT SERVICES, INC.,         )
                               )
                               )
        *Defendants.*          )

## AFFIDAVIT

I, Florina Bandula, Esq. of MDR LAW LLC, being first duly sworn on oath, deposes and states that if I were called upon to testify, I would do so as follows:

1.     That I am an attorney at law licensed to practice in the State of Illinois.

2.     That I am an Associate Attorney with the law firm MDR LAW LLC, attorney of record for the Plaintiff, ARMANDO HERNANDEZ FLORES.

3.     That based upon the information available to me at the present time, the total amount of money damages sought in this matter exceeds $50,000.00.

4.     That this Affidavit is submitted in compliance with Illinois Supreme Court Rule 222(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*/s/ Florina Bandula*
Florina Bandula, Esq.

SUBSCRIBED AND SWORN TO
before this 1st Day of March, 2022

~~Regina J. O'Flaherty~~
NOTARY PUBLIC

OFFICIAL SEAL
REGINA J OFLAHERTY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/15/24

# EXHIBIT B

**CT Corporation**

**Service of Process Transmittal**
03/04/2022
CT Log Number 541165834

TO:     Andy Yang
        EVA Airways Corporation
        2199 CAMPUS DRIVE
        EL SEGUNDO, CA 90245

RE:     **Process Served in Illinois**

FOR:    EVA Airways Corporation  (Domestic State: TW)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ARMANDO HERNANDEZ FLORES // To: EVA Airways Corporation |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2022L002020 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/04/2022 at 03:47 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780133084404 |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-467-3525<br>SmallBusinessTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:**              Fri, Mar 4, 2022

**Server Name:**     Sheriff Drop

| Entity Served | Eva Airways Corporation |
|---|---|
| Case Number | 2022L002020 |
| Jurisdiction | IL |



**EXHIBIT C**

FILED
3/1/2022 12:28 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

16895579

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

ARMANDO HERNANDEZ FLORES,

Plaintiff(s)

v.

EVA AIRWAYS CORPORATION, d/b/a EVA
AIR CARGO; and WORLDWIDE FLIGHT
SERVICES, INC.,

Defendant(s)

Eva Airways Corporation

Address of Defendant(s)

Case No.  2022L002020

Please Serve Defendant by:
Eva Airways Corporation c/o
C T Corporation System
208 S. LaSalle St. Suite 814
Chicago, IL 60604

Please serve as follows (check one):  ◌ Certified Mail   ⦿ Sheriff Service   ◌ Alias

## SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached.
You are summoned and required to file your appearance, in the office of the clerk of this court,
within 30 days after service of this summons, not counting the day of service. If you fail to do so, a
judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE
COURTHOUSE.** You will need: a computer with internet access; an email address; a completed
Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/
appearance.asp; and a credit card to pay any required fees.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**

cookcountyclerkofcourt.org

Page 1 of 3

**Summons - Alias Summons** | **(12/01/20) CCG 0001 B**

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⦿ Atty. No.: 41994
○ Pro Se 99500

Name: Florina Bandula, Esq./ MDR-LAW LLC

Atty. for (if applicable):

Plaintiff

Address: 180 N LaSalle St Suite 3650

City: Chicago

State: IL   Zip: 60601

Telephone: 312-229-5555

Primary Email: florinab@mdr-law.com

Witness date _____

3/1/2022 12:28 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 2 of 3

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION

**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5133

### CIVIL DIVISION

**Court date EMAIL:**  CivCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5116

### COUNTY DIVISION

**Court date EMAIL:**  CntyCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION

**Court date EMAIL:**  DRCourtDate@cookcountycourt.com
                OR
                ChildSupCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6300

### DOMESTIC VIOLENCE

**Court date EMAIL:**  DVCourtDate@cookcountycourt.com
Gen. Info:    (312) 325-9500

### LAW DIVISION

**Court date EMAIL:**  LawCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5426

### PROBATE DIVISION

**Court date EMAIL:**  ProbCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE

**Court date EMAIL:**  D2CourtDate@cookcountycourt.com
Gen. Info:    (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS

**Court date EMAIL:**  D3CourtDate@cookcountycourt.com
Gen. Info:    (847) 818-3000

### DISTRICT 4 - MAYWOOD

**Court date EMAIL:**  D4CourtDate@cookcountycourt.com
Gen. Info:    (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW

**Court date EMAIL:**  D5CourtDate@cookcountycourt.com
Gen. Info:    (708) 974-6500

### DISTRICT 6 - MARKHAM

**Court date EMAIL:**  D6CourtDate@cookcountycourt.com
Gen. Info:    (708) 232-4551

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

FILED
3/1/2022 12:28 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

16895579

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

ARMANDO HERNANDEZ FLORES,

_____
Plaintiff(s)

v.

EVA AIRWAYS CORPORATION, d/b/a EVA
AIR CARGO; and WORLDWIDE FLIGHT
SERVICES, INC.,

_____
Defendant(s)

Worldwide Flight Services, Inc.

_____
Address of Defendant(s)

Case No. **2022L002020**
_____

Please Serve Defendant by:
Worldwide Flight Services, Inc. c/o
C T Corporation System
208 S. LaSalle St. Suite 814
Chicago, IL 60604

Please serve as follows (check one): ○ Certified Mail   ● Sheriff Service   ○ Alias

## SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/ appearance.asp; and a credit card to pay any required fees.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**

cookcountyclerkofcourt.org

Page 1 of 3

Summons - Alias Summons                                        (12/01/20) CCG 0001 B

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

---

⊙ Atty. No.: 41994
○ Pro Se 99500

Name: Florina Bandula, Esq./ MDR-LAW LLC

Atty. for (if applicable):

Plaintiff

Address: 180 N LaSalle St Suite 3650

City: Chicago

State: IL   Zip: 60601

Telephone: 312-229-5555

Primary Email: florinab@mdr-law.com

Witness date

3/1/2022 12:28 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

❑ Service by Certified Mail

❑ Date of Service:
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 2 of 3

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date.  Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:**  CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:**  CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:**  DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:**  DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
**Court date EMAIL:**  LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:**  ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
**Court date EMAIL:**  D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:**  D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:**  D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:**  D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:**  D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551



| Case Information Summary for Case Number |
|---|
| 2022-L-002020 |

Filing Date: 03/01/2022

Case Type: Motor Vehicle - Non Jury

Division: Law Division

District: First Municipal

Ad Damnum: $0.00

Calendar: X

## Party Information

**Plaintiff(s)**                                    **Attorney(s)**

Hernandez Flores, Armando

| **Defendant(s)** | **Defendant Date of Service** | **Attorney(s)** |
|---|---|---|
| Worldwide Flight Services, | 03/09/2022 | |
| Eva Airways Corporation, d | 03/09/2022 | |

## Case Activity

Activity Date: 03/01/2022                    Participant: Hernandez Flores, Armando

Personal Injury (Motor Vehicle) Complaint Filed

Activity Date: 03/01/2022                    Participant: Hernandez Flores, Armando

Affidavit Filed

Activity Date: 03/01/2022                    Participant: Hernandez Flores, Armando

Summons Issued And Returnable

Activity Date: 03/01/2022                    Participant: Hernandez Flores, Armando

Summons Issued And Returnable

Activity Date: 03/01/2022                    Participant: Hernandez Flores, Armando

New Case Filing

Date: 05/04/2022

Court Time: 0930

Court Room: 2205

Activity Date: 03/09/2022                    Participant: Hernandez Flores, Armando

Summons Served - Corporation/Company/Business


Activity Date: 03/09/2022                    Participant: Hernandez Flores, Armando

Summons Served - Corporation/Company/Business


Back to Top

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

# EXHIBIT D

**Weston, Matthew L.**

| | |
|---|---|
| **From:** | Florina Bandula <florinab@mdr-law.com> |
| **Sent:** | Friday, March 11, 2022 1:28 PM |
| **To:** | Johnson, Christian |
| **Cc:** | Marty Lucas |
| **Subject:** | EVA/Armando Hernandez Flores - Clyde Ref.: TBD - Residence and Amount in Controversy |

Hi, Christian:

Thank you for reaching out. Yes, our client is domiciled in Cicero, Illinois. As to the amount in controversy, please be advised that as a result of the incident Mr. Flores injured his left wrist and shoulder and surgery has been recommended for both his wrist and shoulder. Therefore, the amount in controversy is in excess of $75,000, exclusive of interest and costs.

If you have any additional questions, please let us know.

Sincerely,

**Florina Bandula**
*Attorney at Law*
MDR LAW LLC
180 N. LaSalle St., Suite 3650
Chicago, Illinois 60601
P: (312) 229-5555
F: (312) 229-5556

E-MAIL CONFIDENTIALITY STATEMENT

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND PERMANENTLY DELETE THIS E-MAIL MESSAGE.  THANK YOU.

**EXHIBIT E**

Stock Code: 2618



# 2020

## ANNUAL REPORT

**Notice to readers**
This English version annual report is a summary translation of the Chinese version and is not an official document of the shareholders' meeting. If there is any discrepancy between the English version and Chinese version, the Chinese version shall prevail.

Taiwan Stock Exchange Market Observation Post System:
https://mops.twse.com.tw
EVA Airways Corp. annual report is available at:https://www.evaair.com
Printed on 30 April, 2021

**EVA AIRWAYS CORP.**

**Notes to the Parent-Company-Only Financial Statements**

**For the years ended December 31, 2020 and 2019**

**(Expressed in Thousands of New Taiwan Dollars, Unless Otherwise Specified)**

(1) **Company history**

EVA Airways Corp (the "Company") was incorporated on April 7, 1989, as a corporation limited by shares under special permission of the Republic of China (R.O.C.) Ministry of Transportation and Communications. The address of the Company's registered office is No. 376, Sec. 1, Hsin-nan Road, Luchu Dist., Taoyuan City, Taiwan.

The Company's business activities are

(a) civil aviation transportation and general aviation business;

(b) to carry out any business which is not forbidden or restricted by the applicable laws and regulations, excluding those requiring licensing.

(2) **Approval date and procedures of the financial statements**

The parent-company-only financial statements were authorized by the Company's Board of Directors as of March 22, 2021.

(3) **New standards, amendments and interpretations adopted**

(a) The impact of the International Financial Reporting Standards ("IFRSs") endorsed by the Financial Supervisory Commission, R.O.C. ("FSC") which have already been adopted.

The details of impact on the Company's adoption of the new amendments beginning January 1, 2020 are as follows:

(i) Amendments to IFRS 16 "COVID-19-Related Rent Concessions"

As a practical expedient, a lessee may elect not to assess whether a rent concession that meets certain conditions is a lease modification, rather any changes in lease liability are recognized in profit or loss. The amendments have been endorsed by the FSC in July 2020, earlier application from January 1, 2020 is permitted. Related accounting policy is explained in note 4(m).

The Company has elected to apply the practical expedient for all rent concessions that meet the criteria beginning January 1, 2020, with early adoption. No adjustment was made upon the initial application of the amendments. The amounts recognized in profit or loss for the year ended December 31, 2020 was $145,556.

(Continued)

**EXHIBIT F**

# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]　[ Return to Search ]

**Entity Details**

**ENTITY NAME:** WORLDWIDE FLIGHT SERVICES, INC.

**FOREIGN LEGAL NAME:**

**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION

**SECTIONOF LAW:**  -

**DATE OF INITIAL DOS FILING:** 07/12/1985

**EFFECTIVE DATE INITIAL FILING:** 07/12/1985

**FOREIGN FORMATION DATE:** 12/12/1983

**COUNTY:** NEW YORK

**JURISDICTION:** DELAWARE, UNITED STATES

**DOS ID:** 1011585

**FICTITIOUS NAME:**

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**ENTITY STATUS:** ACTIVE

**REASON FOR STATUS:**

**INACTIVE DATE:**

**STATEMENT STATUS:** CURRENT

**NEXT STATEMENT DUE DATE:** 07/31/2023

**NFP CATEGORY:**

ENTITY DISPLAY　NAME HISTORY　FILING HISTORY　MERGER HISTORY　ASSUMED NAME HISTORY

Service of Process Name and Address

**Name:** WORLDWIDE FLIGHT SERVICES, INC.

**Address:** JOHN F. KENNEDY AIRPORT, 151 EAST HANGAR ROAD SUITE 361, JAMAICA, NY, UNITED STATES, 11430

Chief Executive Officer's Name and Address

**Name:** VACANT VACANT

**Address:** JOHN F. KENNEDY AIRPORT, 151 EAST HANGAR ROAD SUITE 361, JAMAICA, NY, UNITED STATES, 11430

Principal Executive Office Address

**Address:** JOHN F. KENNEDY AIRPORT, 151 EAST HANGAR ROAD SUITE 361, JAMAICA, NY, UNITED STATES, 11430

Registered Agent Name and Address

**Name:** C T CORPORATION SYSTEM

**Address:** 28 LIBERTY ST., NEW YORK, NY, 10005

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO